UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELSA CONTRERAS ELNAHAS *et al.*, | : |
| Plaintiff, | : |
| | : |
| v. | :  No. 5:21-cv-01979 |
| | : |
| KATHLEEN BAUSMAN *et al.*, | : |
| Defendants. | : |

**O R D E R**

**AND NOW**, this 29th day of April, 2022, upon consideration of Defendants' Motion for Summary Judgment, ECF No. 22, Plaintiffs' Motion for Summary Judgment, ECF No. 23, Defendants' response in opposition, ECF No. 27, Plaintiffs' response in opposition, ECF No. 26, Plaintiffs' reply in support of its motion, ECF No. 28, and for the reasons set forth in the Court's Opinion issued this date, **IT IS ORDERED THAT:**

1. Defendants' Motion for Summary Judgment, ECF No. 22, is **GRANTED**.

2. Judgment is **ENTERED** in favor of Defendants and against Plaintiffs on all counts.

3. Plaintiffs' Motion for Summary Judgment, ECF No. 23, is **DENIED**.

4. This matter is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge